HONORABLE TIFFANY M. CARTWRIGHT

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

ILYA GLUSHENKO,

               Plaintiff,

    v.

EQUIFAX INFORMATION SERVICES
LLC, and EXPERIAN INFORMATION
SOLUTIONS, INC.,

             Defendants.

NO.  3:26-cv-05055-TMC

PLAINTIFF'S NOTICE OF
SETTLEMENT AS TO DEFENDANT
EQUIFAX INFORMATION
SERVICES LLC

**PLAINTIFF'S NOTICE OF PENDING SETTLEMENT**
**AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC**

    **COMES NOW**, Plaintiff, ILYA GLUSHENKO, ("Plaintiff"), by and through the undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, EQUIFAX INFORMATION SERVICES LLC ("Equifax") have reached a conditional settlement in this action.  Upon full compliance with the terms of such settlement, Plaintiff and Equifax will request that this matter be dismissed with prejudice.

Dated this 27th day of May 2026

             /s/ *Kirsten N. Baxter*
             Kirsten N. Baxter, WSBA ID 43929

PLAINTIFF'S NOTICE OF SETTLEMENT
AS TO EQUIFAX INFORMATION
SERVICES LLC
  3:26-cv-05055-TMC

     1

        Baxter & Baxter, LLP
     8835 SW Canyon Lane, Suite 130
       Portland, OR 97225
     (503) 297-9031 (Telephone)
     (503) 291-9031 (Facsimile)

kirsten@baxterlaw.com
Baxter & Baxter LLP
8835 SW Canyon Ln Ste 130
Portland, Oregon 97225
Phone (503) 297-9031

/s/ *Jon P. Dubbeld*
Jon P. Dubbeld, Pro Hac Vice
jdubbeld@swift-law.com
Swift Law PLLC
11300 4th Street N, Ste. 260
St. Petersburg, FL 33716
Phone (727) 490-9919
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 27, 2026, I filed a true and correct copy of the above and foregoing *Notice of Settlement* via CM/ECF which will electronically serve all counsel of record.

s/ *Jon P. Dubbeld*
Jon P. Dubbeld, Pro Hac Vice

PLAINTIFF'S NOTICE OF SETTLEMENT            2            Baxter & Baxter, LLP
AS TO EQUIFAX INFORMATION                              8835 SW Canyon Lane, Suite 130
SERVICES LLC                                           Portland, OR 97225
 3:26-cv-05055-TMC                                     (503) 297-9031 (Telephone)
                                                       (503) 291-9031 (Facsimile)