HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ILYA GLUSHENKO,

          Plaintiff,

      v.

EQUIFAX INFORMATION SERVICES LLC, a foreign limited liability company, and EXPERIAN INFORMATION SOLUTIONS, INC., a foreign for-profit corporation,

          Defendants.

Case No. 3:26-cv-05055-TMC

**EXPERIAN INFORMATION SOLUTIONS INC.'S NOTICE OF WITHDRAWAL OF NICK MARASCO**

PLEASE TAKE NOTICE that Nick Marasco, of the law firm Jones Day, hereby withdraws as counsel of record for Defendant Experian Information Solutions, Inc. ("Experian") in the above-captioned matter pursuant to Local Civil Rule 83.2(b)(3).  Experian continues to be represented in this matter by Alissa N. Harris and Sara J. Wadsworth of Stoel Rives LLP.  We respectfully request that Nick Marasco's name and email address be removed from the official docket.

//

//

//

//

//

EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF WITHDRAWAL OF NICK MARASCO (3:26-cv-05055-TMC) - 1

153418787.1 0030176-00437

DATED: July 1, 2026                    STOEL RIVES LLP

*s/ Alissa N. Harris*

ALISSA N. HARRIS, WSBA No. 59368
SARA J. WADSWORTH, WSBA No. 55952
ali.harris@stoel.com
sara.wadsworth@stoel.com
600 University Street, Suite 3600
Seattle, WA  98101
Telephone:  206.624.0900
Facsimile:  206.386.7500

JONES DAY

*s/ Nick Marasco*

NICK MARASCO, OH Bar No. 0106417
nmarasco@jonesday.com
901 Lake side Avenue
Cleveland, OH 44114
Telephone: 216-586-1448

*Attorneys for Experian Information Solutions, Inc.*

DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF
WITHDRAWAL OF NICK MARASCO (3:26-cv-05055-TMC) - 2

153418787.1 0030176-00437