HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ILYA GLUSHENKO,

          Plaintiff,

    v.

EQUIFAX INFORMATION SERVICES LLC, a foreign limited liability company, and EXPERIAN INFORMATION SOLUTIONS, INC., a foreign for-profit corporation,

          Defendants.

Case No. 3:26-cv-05055-TMC

**NOTICE OF CHANGE OF ADDRESS**

## NOTICE OF CHANGE OF ADDRESS

TO THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned counsel for Experian Information Solutions, Inc., provides this notice of change of address, effective July 1, 2026, to the following:

Stoel Rives LLP
600 University Street, Suite 3400
Seattle, WA  98101

The office telephone numbers, and email addresses remain the same.

//

//

//

NOTICE OF CHANGE OF ADDRESS (3:26-cv-05055-TMC) - 1

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3400, Seattle, WA  98101
*Telephone 206.624.0900*

153471405.1 0030176-00437

DATED: July 1, 2026

STOEL RIVES LLP

*s/ Alissa N. Harris*

ALISSA N. HARRIS, WSBA No. 59368
SARA J. WADSWORTH, WSBA No. 55952
ali.harris@stoel.com
sara.wadsworth@stoel.com
600 University Street, Suite 3400
Seattle, WA  98101
Telephone:  206.624.0900
Facsimile:  206.386.7500

*Attorneys for Experian Information Solutions, Inc.*

NOTICE OF CHANGE OF ADDRESS (3:26-cv-05055-TMC) - 2

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3400, Seattle, WA  98101
*Telephone 206.624.0900*

153471405.1 0030176-00437