HONORABLE TIFFANY M. CARTWRIGHT

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

ILYA GLUSHENKO,

               Plaintiff,

     v.

EQUIFAX INFORMATION SERVICES LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,

               Defendants.

NO.  3:26-cv-05055-TMC

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT, EQUIFAX INFORMATION SERVICES LLC

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE
AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC**

**COMES NOW**, Plaintiff, ILYA GLUSHENKO, ("Plaintiff"), and Defendant, EQUIFAX INFORMATION SERVICES LLC (hereinafter, "Equifax"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby file this *Joint Stipulation for Dismissal with Prejudice as to Defendant Equifax Information Services LLC as* follows:

There are no longer any issues in this matter between Plaintiff and Equifax to be determined by this Court.  Plaintiff and Equifax hereby stipulate that all causes of action that were or could have been asserted against Equifax are dismissed with prejudice, with court costs and attorneys' fees to be paid by the party incurring the same.

JOINT STIPULATION FOR DISMISSAL
WITH PREJUDICE AS TO EQUIFAX
INFORMATION SERVICES LLC
  3:26-cv-05055-TMC

1

Baxter & Baxter, LLP
8835 SW Canyon Lane, Suite 130
Portland, OR 97225
(503) 297-9031 (Telephone)
(503) 291-9031 (Facsimile)

Dated this 2<u>nd</u> day of July 2026

<u>s/ Kirsten N. Baxter</u>
Kirsten N. Baxter, WSBA ID 43929
kirsten@baxterlaw.com
Baxter & Baxter LLP
8835 SW Canyon Ln Ste 130
Portland, Oregon 97225
Phone (503) 297-9031

<u>s/ Jon P. Dubbeld</u>
Jon P. Dubbeld, Pro Hac Vice
jdubbeld@swift-law.com
Swift Law PLLC
11300 4th Street N, Ste. 260
St. Petersburg, FL 33716
Phone (727) 490-9919
*Attorneys for Plaintiff*


<u>s/ Alissa N. Harris</u>
Alissa N. Harris, WSBA No. 59368
Sara J. Wadsworth, WSBA No. 55952
Ali.harris@stoel.com
Sara.wadsworth@steol.com
STEOL RIVES LLP
600University Street, Ste. 3600
Seattle, WA 98101
Phone (206) 624-0900
*Attorney for Defendant, Experian Information Solutions, Inc.*

<u>s/ Andrew R. Escobar</u>
Andrew R. Escobar, WSBA No. 42793
aescobar@seyfarth.com
SEYFARTH SHAW LLP
999 Third Ave, Suite 4700
Seattle, WA 98101
Phone (206) 946-4910
*Attorney for Defendant, Equifax Information Services LLC*

JOINT STIPULATION FOR DISMISSAL
WITH PREJUDICE AS TO EQUIFAX
INFORMATION SERVICES LLC
3:26-cv-05055-TMC

2

Baxter & Baxter, LLP
8835 SW Canyon Lane, Suite 130
Portland, OR 97225
(503) 297-9031 (Telephone)
(503) 291-9031 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on the 2nd day of July, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered ECF participants in this case.

s/ *Jon P. Dubbeld*
Jon P. Dubbeld, Pro Hac Vice

JOINT STIPULATION FOR DISMISSAL          3          Baxter & Baxter, LLP
WITH PREJUDICE AS TO EQUIFAX                          8835 SW Canyon Lane, Suite 130
INFORMATION SERVICES LLC                              Portland, OR 97225
3:26-cv-05055-TMC                                     (503) 297-9031 (Telephone)
                                                      (503) 291-9031 (Facsimile)